UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1812 RHK/SRN

| | |
|---|---|
| OSCAR HUERTA-MACIAS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and JOHN DOE and JANE DOE,<br><br>Defendants. | ORDER |

Upon application of Defendant United States of America, no hearing thereon being deemed necessary, and for cause shown, it is hereby

ORDERED that Defendant United States of America shall be, and hereby is, granted an extension of time to respond to the Amended Complaint to and including February 13, 2002.

Dated: Jan. 18, 2002

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge
No further extensions will be granted

JAN 18 2002
...TTEN, CLERK
...ENT ENTD
DEPUTY CLERK